## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-62114-CIV-SMITH

MILTON OLAVE, *individually and on behalf of all others similarly situated*,

      Plaintiff,

v.

RENT RECOVERY SOLUTIONS, LLC,

      Defendant.

_____/

### <u>ORDER TO SHOW CAUSE</u>

This matter is before the Court *sua sponte*.  A review of the Amended Complaint [DE 18] indicates that Plaintiff's claims against Defendant are based, at least in part, on the Eleventh Circuit's decision in *Hunstein v. Preferred Collection & Management Services*, 994 F.3d 1341 (11th Cir. 2021). On October 28, 2021, the Eleventh Circuit *sua sponte* vacated its prior decision and issued a new opinion in *Hunstein v. Preferred Collection & Management Services, Inc.,* 17 F.4th 1016 (11th Cir. 2021).  On November 17, 2021, the Eleventh Circuit *sua sponte* vacated the 2021 U.S. App. LEXIS 32325 opinion and ordered that the case be reheard *en banc*.  *Hunstein v. Preferred Collection & Mgmt. Servs.,* 17 F.4th 1103 (11th Cir. 2021).  Accordingly, it is

**ORDERED** that, no later than <u>December 10, 2021</u>, the parties shall show cause why this case should not be stayed pending the Eleventh Circuit's decision after its *en banc* rehearing in *Hunstein*.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 3rd day of December, 2021.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:    Counsel of record