UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-62114-CIV-SMITH

MILTON OLAVE,

    Plaintiff,

v.

RENT RECOVERY SOLUTIONS, LLC,

    Defendant.

_____/

<u>**ORDER STAYING CASE**</u>

On December 3, 2021, the Court entered an Order to Show Cause [DE 13], directing the parties to show cause why this case should not be stayed pending the Eleventh Circuit's *en banc* rehearing in *Hunstein v. Preferred Collection & Management Services, Inc.* On December 10, 2021, the parties filed individual responses [DE 14 and 15], indicating that neither party opposes staying the case pending the outcome of the *en banc* rehearing. Accordingly, it is

**ORDERED** that:

1. This case is **STAYED** until further order of the Court.

2. Within fourteen (14) days after the Eleventh Circuit issues its decision in *Hunstein*, the parties shall file a motion to lift this stay.

3. This case is **administratively CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 10th day of December, 2021.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    Counsel of record